In the Matter of ALFRED H. NEWBURGER et al., Copartners under the Firm Name of NFWBURGER, HENDERSON & LOEB, Appellants, against MORRIS GOLD, Respondent.

(Argued October 13, 1930; decided November 18, 1930.)

*Osmond K. Fraenkel* for appellant.
*Charles Gold* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.